**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CAROL TURNER,** § | | |
| *Plaintiff,* § | | |
| § | | |
| vs. § | **Civil Action No. _____** | |
| § | | |
| **ENCOMPASS INDEMNITY COMPANY,** § | | |
| *Defendant.* § | **JURY REQUESTED** | |

**SUPPLEMENTAL JS 44 CIVIL COVER SHEET; TO BE**
**USED WHEN FILING A REMOVAL OF CASE**

THIS FORM MUST BE FILED WITH THE UNITED STATES DISTRICT

CLERK'S OFFICE ON THE FIRST BUSINESS DAY FOLLOWING THE

FILING OF THE NOTICE OF REMOVAL.

Additional Sheets May be Used as Necessary.

This Form Must be signed by Attorney of Record for Removing Party.

Was Jury Demand Made in State Court?   __X__ Yes   _____ No

If "Yes," by which party, and on what date?

Plaintiff Carol Turner                                          September 28, 2021
Parties                                                              Date

STYLE OF ORIGINAL PETITION

(Please include all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party names, and include the attorney's firm name, mailing address, and phone number (including area code).)

Cause No. 2021CV03507; *Carol Turner v. Encompass Indemnity Company;* at Law No. 2 in County Court of Bexar County, Texas

| Party | Attorney(s) |
|---|---|
| Carol Turner<br>**Plaintiff** | Andrew E. Toscano<br>State Bar No. 00786832<br>GENE TOSCANO, INC.<br>846 Culebra Road<br>San Antonio, Texas 78201<br>Telephone:  210-732-6091<br>Facsimile:   210-735-4167<br>atoscano@genetoscano.com |
| Encompass Indemnity Company<br>**Defendant** | Edward J. Batis, Jr.<br>State Bar No. 01915470<br>ORTIZ & BATIS, P.C.<br>10100 Reunion Place, Suite 600<br>San Antonio, Texas 78216<br>Telephone: 210-344-3900<br>Facsimile:  210-366-4301<br>ejbsupport@ob-lawpc.com |

### COUNTERCLAIMS, CROSS CLAIMS AND/OR THIRD PARTY CLAIMS

(Please list separately each counterclaim, crossclaim, or third-party claim still remaining in the case, and designate the nature of each such claim. For each counterclaim, crossclaim, or third-party claim, please include <u>all</u> Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number (including area code).)

N/A-None

11/04/2021
Date

_____
Signature of Attorney in Charge for Removing Party